UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENHUA HE,

                Petitioner,

-v-

ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; TIMOTHY HOUGHTON, Director, New York Office, U.S. Citizenship and Immigration Service, and SCOTT VELEZ, Deputy Director, New York Office, U.S. Citizenship and Immigration Services,

                Respondents.

CIVIL ACTION NO.: 21 Civ. 10579 (PAE)(SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for General Pretrial Supervision and to issue a Report and Recommendation concerning Defendants' Motion to Dismiss, dated February 11, 2022 (ECF No. 5).  (ECF No. 7).  Petitioner Renhua He has not responded to the Motion to Dismiss or requested an extension of time to do so.  Accordingly, in light of Petitioner's pro se status, the Court EXTENDS the deadline to respond to the Motion to Dismiss to **Wednesday, April 20, 2022**.

**Petitioner He is advised that all letters and other communications with the Court from pro se parties must be submitted to the Pro Se Intake Unit, not directly to Chambers.**  The Pro Se Intake Unit is located in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, telephone **(212) 805-0175**.  The staff of the Pro Se Intake Unit may assist pro se litigants in connection with Court procedures, but cannot and does not provide legal advice.

Petitioner He is further advised that Petitioner He may choose to receive by email, instead of regular mail, documents filed in this case. If Petitioner He wishes to receive case information by email, Petitioner He must follow the instructions on the Consent and Registration Form, available on the website of the United States District Court for the Southern District of New York, https://nysd.uscourts.gov/node/845.

The Court also notes that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of or run by the Court and it cannot accept filings on behalf of the Court. The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007. The Clinic is open <u>for remote appointments only</u> on weekdays from 10 am to 4 pm, except on days when the Court is closed. An unrepresented party can make an appointment by calling **(212) 659-6190**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner Renhua He at the address below.

Dated:   New York, New York
         March 30, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:   Renhua He
           112 Bowery Street, #702
           New York, New York 10013