UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENHUA HE,

                Petitioner,

-v-

ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; TIMOTHY HOUGHTON, Director, New York Office, U.S. Citizenship and Immigration Service; and SCOTT VELEZ, Deputy Director, New York Office, U.S. Citizenship and Immigration Services,

                Respondents.

CIVIL ACTION NO.: 21 Civ. 10579 (PAE)(SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for General Pretrial Supervision and to issue a Report and Recommendation concerning Defendants' Motion to Dismiss, dated February 11, 2022 (ECF No. 5 (the "Motion")). (ECF No. 7). On March 30, 2022, having received no response to the Motion from Petitioner Renhua He ("He"), the Court sua sponte extended He's deadline to respond to the Motion to April 20, 2022. (ECF No. 9 (the "Mar. 30 Order")). The Mar. 30 Order was mailed to He that same day. (ECF min entry Mar. 30, 2022). To date, He has not responded to the Motion, requested an extension of time to do so, or otherwise communicated with the Court. Accordingly, the Court deems the Motion fully submitted and will issue a Report and Recommendation in due course based on Respondents' submissions alone.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the address below.

Dated:      New York, New York
             April 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:     Renhua He
112 Bowery Street, #702
New York, New York 10013