UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RENHUA HE,

                                    Petitioner,

             -v-

ALEJANDRO MAYORKAS *et al.*,

                                    Respondents.

---

21 Civ. 10579 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 10, 2021, *pro se* petitioner filed a petition for a writ of mandamus. Dkt. 1.

On February 11, 2022, respondents filed a motion to dismiss the petition. Dkt. 5. On May 11,

2022, the Court received *pro se* petitioner's letter, requesting to "withdraw" his case. Dkt. 11.

The Court construes this request as a notice of voluntary dismissal without prejudice pursuant to

Rule 41(a)(2).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 13, 2022
       New York, New York